United States Court of Appeals

For the Eighth Circuit

_____

No. 21-2014
_____

Zamzam Elghoul

*Plaintiff - Appellant*

v.

Denis McDonough, Secretary, Department of Veterans Affairs

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: February 11, 2022
Filed: February 15, 2022
[Unpublished]

_____

Before LOKEN, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

In this employment action, Zamzam Elghoul appeals the district court's[1] adverse grant of summary judgment. After careful review of the record and the

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

parties' arguments on appeal, we find no basis for reversal.  See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____